IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMBER YBARRA                                                                                          PLAINTIFF

v.                                         Case No. 4:23-cv-04117

CAPTAIN TRAVIS SMITH;
SHERIFF BOBBY WALRAVEN;
JAIL ADMINISTRATOR GINA
BUTLER; OFFICER JOHN
PUMPHREY; and OFFICER TIMS                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation ("R&R") filed November 7, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 44). Plaintiff Amber Ybarra ("Plaintiff") has objected. (ECF No. 46). The Court finds the matter ripe for consideration.

### I. BACKGROUND

In the R&R, Judge Bryant recommends that Defendants Sheriff Bobby Walraven ("Defendant Walraven"), Jail Administrator Gina Butler ("Defendant Butler"), and Captain Travis Smith's ("Defendant Smith") (together, "Little River Defendants") Motion for Summary Judgment (ECF No. 26), on the limited issue of exhaustion, be granted and Plaintiff's claims against the Little River Defendants for denial of medical care and excessive force be dismissed without prejudice. (ECF No. 44, at 10). Additionally, Judge Bryant recommends *sua sponte* that Plaintiff's official capacity claim against all Defendants and Plaintiff's claims related to the alleged criminal activity of Defendants Officer Tims ("Defendant Tims") and John Pumphrey ("Defendant

Pumphrey") be dismissed without prejudice as frivolous pursuant to 42 U.S.C.A. § 1997e(c)(1). (ECF No. 44, at 10).

Plaintiff has timely objected. (ECF No. 46). However, Plaintiff's objection fails to articulate a clear argument critical of Judge Bryant's R&R and instead reiterates many of the factual allegations underlying her claims.

Upon *de novo* review, the Court hereby adopts the R&R (ECF No. 44) *in toto*. Accordingly, the Court finds that the Little River Defendants' Motion for Summary Judgment (ECF No. 26) should be and hereby is **GRANTED**. Plaintiff's claims for denial of medical care and excessive force against the Little River Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's official capacity claim against all Defendants is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C.A. § 1997e(c)(1). Plaintiff's claims relating to the criminal activity of Defendant Tims and Defendant Pumphery are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C.A. § 1997e(c)(1). The following claims may proceed for further litigation: (1) claim against Defendant Tims, in his individual capacity, for excessive force; (2) claim against Defendant Tims, in his individual capacity, for excessive force, denial of medical care, poison in the food, and unconstitutional conditions of confinement; (3) claim against the Little River Defendants, in their individual capacities, for poison in the food and unconstitutional conditions of confinement; and (4) claim against Defendant Pumphrey, in his individual capacity, for conditions of confinement.

**IT IS SO ORDERED**, this 31st day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge