IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMBER YBARRA                                                                                         PLAINTIFF

v.                                        Case No. 4:23-cv-04117

CAPTAIN TRACEY SMITH;
SHERIFF BOBBY WALRAVEN;
JAIL ADMINISTRATOR GINA
BUTLER; OFFICER JOHN
PUMPHREY; and OFFICER TIMS                                                                 DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation ("R&R") filed May 28, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 60). Plaintiff Amber Ybarra ("Plaintiff") has objected. (ECF No. 62). The Court finds the matter ripe for consideration.

In the R&R, Judge Bryant recommends that: (1) Defendants Captain Tracey Smith, Sheriff Bobby Walraven, and Jail Administrator Gina Butler's (together, "Defendants") Second Motion for Summary Judgment (ECF No. 47) be granted and Plaintiff's Amended Complaint (ECF No. 34) be dismissed without prejudice for failure to exhaust available administrative remedies. (ECF No. 60, at 12). Judge Bryant also recommends that Plaintiff's Motion for Summary Judgment (ECF No. 54) and Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (ECF No. 55) be denied as moot.

Plaintiff has timely objected. (ECF No. 62). However, Plaintiff's objection fails to articulate a clear argument critical of Judge Bryant's R&R and instead reiterates many of the factual allegations underlying her claims. In her objection, Plaintiff has submitted several grievances to support her argument that she exhausted her administrative remedies. However,

the Court notes that seven of the grievances were already presented to Judge Bryant. Judge Bryant specifically noted that these grievances did not satisfy her duty to exhaust. (ECF No. 60, at 10-11). Four of the provided grievances have no relation to Plaintiff's claims. (ECF No. 62, at 4-7). Two of the provided grievances mention the shower curtains raised in the Amended Complaint, but the grievances make no mention of the specific allegations made by the Amended Complaint. (ECF No. 62, at 8-9). The remaining grievances—including one that she presented to Judge Bryant—were all filed in the McPherson Unit, not the Little River County Detention Center were her claims arose. (ECF No. 62, at 12-17). Further, Plaintiff makes no mention of Defendants in her grievances filed in the McPherson Unit. As Judge Bryant noted, Plaintiff cannot rely on grievances filed in the McPherson Unit to exhaust her administrative remedies in the Little River County Detention Center.

Upon *de novo* review, the Court hereby adopts the R&R (ECF No. 22) *in toto*. Accordingly, the Court finds that Defendants' Second Motion for Summary Judgment (ECF No. 47) should be and hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 34) is hereby **DISMISSED WITHOUT PREJUDICE**. Additionally, Plaintiff's Motion for Summary Judgment (ECF No. 54) and Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (ECF No. 55) are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 4th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge